IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WESLEY JONES**                                                             **PLAINTIFF**

v.                  **CASE NO. 2:20-CV-00250-BSM**

**COTTON, Officer,**
**Lake Village Police Department**                                 **DEFENDANT**

## ORDER

Wesley Jones has neither paid the civil filing fee nor filed an application to proceed *in forma pauperis*. The clerk is directed to mail Jones an application to proceed IFP.

Jones has thirty days from the date of this order to pay the full filing fee of $402 or to file a completed IFP application, or the case will be dismissed without prejudice.

IT IS SO ORDERED this 25th day of January, 2021.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE